**22**

# WILL COUNTY ADULT DETENTION FACILITY
## INMATE REQUEST FORM 22

**NAME:** Johnson DeArius    **CIMIS:** 11-683   **DATE:** 4/17/13   **POD:** A   **CELL:** 30

    Last Name,    First Name,    Middle Initial

\*\*\*\*\*\*\*\*\*\*\*\***INSTRUCTIONS**\*\*\*\*\*\*\*\*\*\*\*\*
- (1) PRINT ALL INFORMATION
- (2) PROVIDE AS MUCH INFORMATION AS POSSIBLE. IF NECESSARY, USE BLANKS.
- (3) CHECK THE ( ) ITEM YOU ARE REQUESTING FOR INFORMATION
- (4) FILL OUT ONLY **ONE (1) FORM PER REQUEST.**
- (5) KEEP THE PINK COPY AND PLACE THE WHITE AND YELLOW COPIES IN THE BOX ON THE OFFICER'S DESK.

**CONTACT POD DEPUTIES <u>FIRST</u> FOR ALL POD-RELATED QUESTIONS.**

( ) **CLASSIFICATION SECTION**
    ( ) REQUEST FOR INMATE WORKER STATUS (check all that apply): ( ) TENDER ( ) PODWORKER
    ( ) REQUEST FOR RECLASSIFICATION (EXPLAIN WHY IN THE SPACE BELOW)
    ( ) REQUEST TO SEE CLASSIFICATION OFFICER (EXPLAIN WHY IN THE SPACE BELOW)
( ) **REQUEST TO SEE A POLICE INVESTIGATOR**
    POLICE AGENCY:_____ INVESTIGATOR'S NAME:_____
( ) **ADMINISTRATIVE SECTION**
    ( ) REQUEST FOR INFORMATION
        ( ) COURT DATE ( ) WRITS ( ) HOLDS ( ) MAIL ( ) TRUST ACCOUNT
( ) **VISITING LIST CHANGE** ( ) **REQUEST SPECIAL VISIT**
( ) **PHONE-CALL LIST CHANGE**
( ) **LAUNDRY**
( ) **PROPERTY**
( ) **FOOD SERVICE SECTION**
( ) **COMMISSARY SECTION**
( ) **REQUEST TO USE LAW LIBRARY** (NOTE: POD OFFICERS SCHEDULE USE)
( ) **COMPLAINT ABOUT TREATMENT / GRIEVANCES**
    ( ) APPEAL OF GRIEVANCE
    ( ) APPEAL OF DISCIPLINARY BOARD HEARING
(✓) **OTHER, AS EXPLAINED BELOW.**

USE SPACE BELOW TO EXPLAIN YOUR REQUESTS. ATTACH PAPER IF NECESSARY.

I'm requesting to speak with a Lieutenant from 7 to 3 shift. I want to discuss some of my grievance responses that I feel aren't appropriate, responses on my safety and stay here in A-pod, my appeal on grievances that weren't from the deputy chief but a Sgt., grievances that have been unfounded (don't know how), and the unfairness I have been recieving. I've filed numerous grievances, but it seems as that isn't working, so now I respectfully ask to speak with a Lt. on 7 to 3 shift. Please and Thank you!

**INMATE'S SIGNATURE** DeArius Johnson      **CIMIS NUMBER:** 11-683

**\*\*\*\*\*STAFF RESPONSE\*\*\*\*\***

Exactly What grievances are you Referring too

**SIGNATURES**
REVIEWED BY POD OFFICER SIGNATURE:_____ BML_____ # 207 DATE: 4/18/13
STAFF SIGNATURE:_____ #_____ DATE:_____
SERGEANT/AREA SUPERVISOR:_____ # 1513 DATE: 4/18/13
LIEUTENANT/WATCH COMMANDER:_____ #_____ DATE:_____
WARDEN/DEPUTY CHIEF_____ #_____ DATE:_____

**PINK COPY:** INMATE RETAINS   **WHITE COPY:** SEND TO CLASSIFICATION   **YELLOW COPY:** RETURN TO INMATE

<u>Exhibit L</u>

On 4/17/13, I requested a response back from the deputy chief through a Inmate Request, stating:

I got a response back on a appeal of grievance I filed, but deputy chief Fink says on the response form that he didn't get the paperwork I put in (report number 13-161). But I did receive a response from Sgt. Perillo. I'm asking that my appeal of grievance report get to the deputy chief as soon as possible please, if Sgt. Perillo gave a response six days after the deputy chief says he didn't get the paperwork, why didn't deputy chief Fink receive a copy? I'm also asking to get a response from the deputy chief.

On 4/22/13, a response was sent to me signed by Deputy Chief Fink stating:

Since your inital grievance, I have reviewed your paperwork. I find no wrong doing by staff after reviewing, reviewing ceiling camera and reports. Sgt. Perillo also investigated.

(see exhibit D-)

**22**



# WILL COUNTY ADULT DETENTION FACILITY
## INMATE REQUEST FORM 22

**NAME:** Johnson, DeTrius    **CIMIS:** 11-683    **DATE:** 4/17/13    **POD:** A    **CELL:** 30

       Last Name,    First Name,    Middle Initial

**\*\*\*\*\*\*\*\*\*\*\*INSTRUCTIONS\*\*\*\*\*\*\*\*\*\*\*\***
(1) PRINT ALL INFORMATION
(2) PROVIDE AS MUCH INFORMATION AS POSSIBLE. IF NECESSARY, USE BLANKS.
(3) CHECK THE ( ) ITEM YOU ARE REQUESTING FOR INFORMATION
(4) FILL OUT ONLY **ONE (1) FORM PER REQUEST.**
(5) KEEP THE PINK COPY AND PLACE THE WHITE AND YELLOW COPIES IN THE BOX ON THE OFFICER'S DESK.

**CONTACT POD DEPUTIES <u>FIRST</u> FOR ALL POD-RELATED QUESTIONS.**

(✓) **CLASSIFICATION SECTION**
     ( ) REQUEST FOR INMATE WORKER STATUS (check all that apply): ( ) TENDER ( ) PODWORKER
     ( ) REQUEST FOR RECLASSIFICATION (EXPLAIN WHY IN THE SPACE BELOW)
     ( ) REQUEST TO SEE CLASSIFICATION OFFICER (EXPLAIN WHY IN THE SPACE BELOW)
( ) **REQUEST TO SEE A POLICE INVESTIGATOR**
     POLICE AGENCY:_____ INVESTIGATOR'S NAME:_____
( ) **ADMINISTRATIVE SECTION**
     ( ) REQUEST FOR INFORMATION
         ( ) COURT DATE ( ) WRITS ( ) HOLDS ( ) MAIL ( ) TRUST ACCOUNT
( ) **VISITING LIST CHANGE**    ( ) **REQUEST SPECIAL VISIT**
( ) **PHONE-CALL LIST CHANGE**
( ) **LAUNDRY**
( ) **PROPERTY**
( ) **FOOD SERVICE SECTION**
( ) **COMMISSARY SECTION**
( ) **REQUEST TO USE LAW LIBRARY** (NOTE: POD OFFICERS SCHEDULE USE)
( ) **COMPLAINT ABOUT TREATMENT / GRIEVANCES**
     ( ) APPEAL OF GRIEVANCE
     ( ) APPEAL OF DISCIPLINARY BOARD HEARING
( ) **OTHER, AS EXPLAINED BELOW.**

**RECEIVED**
APR 22 2013
W.C.A.D.F.
Deputy Chief's Office

USE SPACE BELOW TO EXPLAIN YOUR REQUESTS. ATTACH PAPER IF NECESSARY.

I got a response back on a appeal of grievance I filed, but Deputy Chief Fink says on the response form that he didn't get the paperwork I put in (report number: 13-161). But I did recieve a response from Sgt. Perillo. I'm asking that my appeal or grievance report get to the deputy chief as soon as possible please, if Sgt. Perillo gave a response six days after the deputy chief says he didn't get the paperwork, why didn't deputy chief Fink recieve the copy? I'm also asking to get a response from the deputy chief.

**INMATE'S SIGNATURE** DeTrius Johnson      **CIMIS NUMBER:** 11-683

**\*\*\*\*\*STAFF RESPONSE\*\*\*\*\***

Since your Initial Grievance I HAVE
Reviewed your Paperwork. I FIND
No wrong Doing By STAFF After
Reviewing, Reviewing body Cameras an
Reports. Sgt. Prillo of 3/27/13 investigated

**SIGNATURES**
REVIEWED BY POD OFFICER   SIGNATURE:_____ # ___ DATE: 4/11/13
STAFF SIGNATURE:_____ # ___ DATE:___
SERGEANT/AREA SUPERVISOR:_____ # ___ DATE:___
LIEUTENANT/WATCH COMMANDER:_____ # ___ DATE:___
WARDEN/DEPUTY CHIEF _____ Dep Chief B—B   # 198 DATE: 4-22-13

**PINK COPY:** INMATE RETAINS    **WHITE COPY:** SEND TO CLASSIFICATION    **YELLOW COPY:** RETURN TO INMATE

Exhibit M

On 4/18/13, I filed a complaint about treatment/grievance and wrote the following:

I've written grievances on the disrespect and inappropriate comments coming from the deputies and ERT's I've mentioned in my sexual assault/harassment complaint on numerous occassions and nothing is being done about it, all of my grievance responses either say no harassment occured or grievance unfounded. Since nothing is being done through me writing grievances and there's no place for me to turn to, I'm to the point now that I will no longer tolerate disrespect or harassment from the deputies or ERT's I mentioned in my complaint. I've did all there is to do, write grievances, request to speak with higher ranking deputies, etc. Nothing is being done, I've even requested to be kept away from these deputies and ERT's, but being ignored is whats happening to me. So like I said, I will no longer tolerate disrespect or harassment.

On 4/23/13, a response was sent back to me signed by Sgt. Alexander stating:

All of your complaints have been handled according to policy. You are responsible for any violations of rules you make and will be dealt with accordingly.

**22**

## WILL COUNTY ADULT DETENTION FACILITY

### INMATE REQUEST FORM 22

NAME: _Johnson, Delirius_ CIMIS: _11-683_ DATE: _4|18|13_ POD: _A_ CELL: _30_

Last Name,    First Name,    Middle Initial

\*\*\*\*\*\*\*\*\*\*\*\*INSTRUCTIONS\*\*\*\*\*\*\*\*\*\*\*\*

(1)  PRINT ALL INFORMATION
(2)  PROVIDE AS MUCH INFORMATION AS POSSIBLE. IF NECESSARY, USE BLANKS.
(3)  CHECK THE ( ) ITEM YOU ARE REQUESTING FOR INFORMATION
(4)  FILL OUT ONLY **ONE (1) FORM PER REQUEST.**
(5)  KEEP THE PINK COPY AND PLACE THE WHITE AND YELLOW COPIES IN THE BOX ON THE OFFICER'S DESK.

**CONTACT POD DEPUTIES <u>FIRST</u> FOR ALL POD-RELATED QUESTIONS.**

( )  **CLASSIFICATION SECTION**
    ( )  REQUEST FOR INMATE WORKER STATUS (check all that apply): ( ) TENDER ( )  PODWORKER
    ( )  REQUEST FOR RECLASSIFICATION (EXPLAIN WHY IN THE SPACE BELOW)
    ( )  REQUEST TO SEE CLASSIFICATION OFFICER (EXPLAIN WHY IN THE SPACE BELOW)
( )  **REQUEST TO SEE A POLICE INVESTIGATOR**
    POLICE AGENCY:_____ INVESTIGATOR'S NAME:_____
( )  **ADMINISTRATIVE SECTION**
    ( )  REQUEST FOR INFORMATION
      ( )  COURT DATE   ( ) WRITS   ( ) HOLDS   ( ) MAIL   ( ) TRUST ACCOUNT
( )  **VISITING LIST CHANGE**    ( ) **REQUEST SPECIAL VISIT**
( )  **PHONE-CALL LIST CHANGE**
( )  **LAUNDRY**
( )  **PROPERTY**
( )  **FOOD SERVICE SECTION**
( )  **COMMISSARY SECTION**
( )  **REQUEST TO USE LAW LIBRARY** (NOTE: POD OFFICERS SCHEDULE USE)
(✓) **COMPLAINT ABOUT TREATMENT / GRIEVANCES**
    ( )  APPEAL OF GRIEVANCE
    ( )  APPEAL OF DISCIPLINARY BOARD HEARING
( )  **OTHER, AS EXPLAINED BELOW.**

USE SPACE BELOW TO EXPLAIN YOUR REQUESTS. ATTACH PAPER IF NECESSARY.

I've written grievances on the disrespect and inappropriate comments and gestures coming from the deputies and EBTs. I've mentioned in my sexual abuse / harassment complaint on numerous occasions and nothing is being done about it, all of my grievance responses either say no harassment occured or grievance unfounded. Since nothing is being done through me writing grievances and there's no other place or person for me to turn to, I'm to the point now that I will no longer tolerate disrespect or harassment from the deputies and EBTs I mentioned in my complaint. I've did all there is to do, write grievances, request to speak with higher ranking deputies, etc. Nothing is being done. I've even requested to kept away from from these deputies and EBTs, but I'm being ignored. So, like I said, I will no longer tolerate the disrespect and harassment.

INMATE'S SIGNATURE _DeAnius Johnson_ CIMIS NUMBER: _11-683_

\*\*\*\*\*STAFF RESPONSE\*\*\*\*\*

All of your complaints have been handled according to policy. You are responsible for any violations of a kind you make and will be dealt with accordingly.

**SIGNATURES**
REVIEWED BY POD OFFICER  SIGNATURE:_____ # _1772_ DATE: _4/19/13_
STAFF SIGNATURE:_____ # ____ DATE:____
SERGEANT/AREA SUPERVISOR:_____ # _1513_ DATE: _4/23/13_
LIEUTENANT/WATCH COMMANDER:_____ # ____ DATE:____
WARDEN/DEPUTY CHIEF_____ # ____ DATE:____

**PINK COPY:** INMATE RETAINS   **WHITE COPY:** SEND TO CLASSIFICATION   **YELLOW COPY:** RETURN TO INMATE

<u>Exhibit N</u>

On 4/18/13, I filed a complaint about treatment/grievance and wrote the following:

At approximately 4:50 pm on todays date while duputy Yuhas was here just returning from his break, ERT Bostjancic came to pick up a releasee. As he was waiting, I was standing in my cell window, deputy Yuhas pointed at me. At this point and time, ERT Bostjancic looked at me and balled his hands into fist and rubbed his eyes as if he were crying and said, "you fucking cunt", and deputy Yuhas rubbed his chest with both hands and said, "boo-who, they touched my moo-moo's, nobody believes you". After that Bostjancic exited the pod and Yuhas told me to file a grievance on what was said. NOTE: I'm filing this here grievance as another harassment arising from the complaint I found.

On 4/25/13, a response was sent back to me signed by Sgt. Passehl stating:

You have no way of knowing what was being said from behind your door on the top tier, or if they were talking about you / to you. Your previous grievance was unfounded for a number of reasons.

**22**

## WILL COUNTY ADULT DETENTION FACILITY
### INMATE REQUEST FORM 22

NAME: Johnson, DeArius _____ CIMIS: 11-683 DATE: 4/18/13 POD: A CELL: 30

Last Name,    First Name,    Middle Initial

************INSTRUCTIONS************
- (1) PRINT ALL INFORMATION
- (2) PROVIDE AS MUCH INFORMATION AS POSSIBLE. IF NECESSARY, USE BLANKS.
- (3) CHECK THE ( ) ITEM YOU ARE REQUESTING FOR INFORMATION
- (4) FILL OUT ONLY **ONE (1) FORM PER REQUEST.**
- (5) KEEP THE PINK COPY AND PLACE THE WHITE AND YELLOW COPIES IN THE BOX ON THE OFFICER'S DESK.

**CONTACT POD DEPUTIES <u>FIRST</u> FOR ALL POD-RELATED QUESTIONS.**

( ) **CLASSIFICATION SECTION**
     ( ) REQUEST FOR INMATE WORKER STATUS (check all that apply): ( ) TENDER ( ) PODWORKER
     ( ) REQUEST FOR RECLASSIFICATION (EXPLAIN WHY IN THE SPACE BELOW)
     ( ) REQUEST TO SEE CLASSIFICATION OFFICER (EXPLAIN WHY IN THE SPACE BELOW)
( ) **REQUEST TO SEE A POLICE INVESTIGATOR**
     POLICE AGENCY: _____ INVESTIGATOR'S NAME: _____
( ) **ADMINISTRATIVE SECTION**
     ( ) REQUEST FOR INFORMATION
       ( ) COURT DATE ( ) WRITS ( ) HOLDS ( ) MAIL ( ) TRUST ACCOUNT
( ) **VISITING LIST CHANGE** ( ) **REQUEST SPECIAL VISIT**
( ) **PHONE-CALL LIST CHANGE**
( ) **LAUNDRY**
( ) **PROPERTY**
( ) **FOOD SERVICE SECTION**
( ) **COMMISSARY SECTION**
( ) **REQUEST TO USE LAW LIBRARY** (NOTE: POD OFFICERS SCHEDULE USE)
(✓) **COMPLAINT ABOUT TREATMENT / GRIEVANCES**
     ( ) APPEAL OF GRIEVANCE
     ( ) APPEAL OF DISCIPLINARY BOARD HEARING
( ) **OTHER, AS EXPLAINED BELOW.**

*[handwritten note, right margin]: forwarded to Afternoon Supervisor Do 15/3 4/23/13*

USE SPACE BELOW TO EXPLAIN YOUR REQUESTS. ATTACH PAPER IF NECESSARY.

At approximately 6:50 on todays date while deputy Yuhas was here just returning from his break, ERT Bostiancic came to pick up a releasee. As he was waiting, I was standing in my cell window, deputy Yuhas pointed at me. At this point and time ERT Bostiancic look at me and ball his hands into a fist and rubbed his eyes as if he were crying and said "you fucking cunt", and deputy Yuhas rubbed his chest with both hands and said "Boo who, they touched my moo moo's, nobody believes you". After that Bostiancic exited the pod and Yuhas told me to file a grievance on what was said. NOTE: I'm filing this here grievance as another harassment arising from the complaint I've filed.

INMATE'S SIGNATURE DeArius Johnson _____ CIMIS NUMBER: 11-683

*****STAFF RESPONSE*****

You have no way of knowing what was being said from behind your door on the top tier, or if they were talking about you/to you. Your previous grievance was unfounded for a number of reasons.

*[signature] 4/25/13*

**SIGNATURES**
REVIEWED BY POD OFFICER SIGNATURE: _____ # 1022 DATE: 4/19/13
STAFF SIGNATURE: _____ # _____ DATE: _____
SERGEANT/AREA SUPERVISOR: _____ # _____ DATE: _____
LIEUTENANT/WATCH COMMANDER: _____ # _____ DATE: _____
WARDEN/DEPUTY CHIEF _____ # _____ DATE: _____

**PINK COPY:** INMATE RETAINS    **WHITE COPY:** SEND TO CLASSIFICATION    **YELLOW COPY:** RETURN TO INMATE