**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| DeARIUS JOHNSON,<br><br>    Plaintiff,<br><br>    v.<br><br>KIMBERLY PASSEHL,<br>    Will County Adult Detention Facility<br>    Deputy Sergeant, In his Individual and<br>    Official Capacity;<br>CHRIS YUHAS,<br>    Will County Adult Detention Facility<br>    Deputy Officer, In his Individual and<br>    Official Capacity;<br>RICHARD L. EARTLY,<br>    Will County Adult Detention Facility<br>    Emergency Response Team Member, In<br>    his Individual and Official Capacity;<br>MARTIN SOVICH,<br>    Will County Adult Detention Facility<br>    Emergency Response Team Member, In<br>    his Individual and Official Capacity;<br>TODD C. WITTMAYER.,<br>    Will County Adult Detention Facility<br>    Emergency Response Team Member, In<br>    his Individual and Official Capacity;<br>THOMAS HANNIGAN,<br>    Will County Adult Detention Facility<br>    Emergency Response Team Member, In<br>    his Individual and Official Capacity;<br>JEFF BOSTJANIC,<br>    Will County Adult Detention Facility<br>    Emergency Response Team Member, In<br>    his Individual and Official Capacity;<br>LOVAAI TOMELIAH,<br>    Will County Adult Detention Facility<br>    Emergency Response Team Member, In<br>    his Individual and Official Capacity; and<br>COUNTY OF WILL,<br>    An Illinois Municipal Corporation,<br><br>    Defendants. | No. 13 C 4121<br><br>Judge Virginia M. Kendall |

1

## NOTICE OF MOTION

TO: PETERSON, JOHNSON & MURRAY, CHICAGO, LLC, ATTN: KEVIN CASEY, 200 W. ADAMS STREET, SUITE 2125, CHICAGO, IL 60606, EMAIL: kcasey@pmjlaw.com

On **November 25, 2014** at **9:00 a.m.**, or as soon thereafter as counsel may be heard; I shall appear before the **Honorable Virginia M. Kendall**, or any Judge sitting in her stead in Court Room No. 2139 in the United States District Courthouse, 219 S. Dearborn Street, Chicago, Illinois, and shall then and there present the attached **Agreed Motion for Extension of Time**

/s/ Kevin W. O'Connor- #6216627
KEVIN W. O'CONNOR

Kevin W. O'Connor
O'Connor Law Firm, Ltd.
19 S. LaSalle Street, Suite 1400
Chicago, IL 60603
P (312) 906-7615
F (312) 906-7615

## **CERTIFICATE OF SERVICE**

TO: PETERSON, JOHNSON & MURRAY, CHICAGO, LLC, ATTN: KEVIN CASEY, 200 W. ADAMS STREET, SUITE 2125, CHICAGO, IL 60606, EMAIL: kcasey@pmjlaw.com

    I hereby certify that on November 19, 2014, the foregoing was filed electronically with the Clerk of the Court using the CM/ECF system, which will electronically send notice to all parties of record.

                                                     /s/ Kevin W. O'Connor- #6216627
                                                     KEVIN W. O'CONNOR

Kevin W. O'Connor
O'Connor Law Firm, Ltd.
19 S. LaSalle Street, Suite 1400
Chicago, Illinois 60603
T: (312) 906-7609
E: koconnor@koconnorlaw.com